**E-Filed 9/22/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>SETH SUNDBERG,<br><br>                Defendant. | Case Number 5:09-cr-00928-JF<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL; DENYING MOTION TO UNSEAL DOCUMENTS IN THIS CASE; AND DENYING MOTION FOR RELEASE PENDING APPEAL.<br><br>[dkt entries 78, 79, 80 ] |

    Defendant's motion to proceed in forma pauperis on appeal is GRANTED.

    Defendant's motion to unseal documents in this case is DENIED.

    Defendant's motion for release pending appeal is DENIED. For the reasons explained in the government's opposition brief, the motion is without merit.

    IT IS SO ORDERED.

Dated: 9/22/2011

                                           _____
                                           JEREMY FOGEL
                                           United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SETH SUNDBERG,<br><br>　　　　　　　Defendant. | Case Number 5:09-cr-00928-JF<br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　　On Thursday, September 22, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Seth Sundberg
13197
FCI - La Tuna
PO Box 3000
Anthony, NM 88021

DATED: 9/22/11　　　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Weiking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Snooki Puli

2

Case No. 5:09-cr-00928-JF
ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL, etc.
(JFLC2)